# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE STATE OF NEVADA,                )
                                    )
            Plaintiff,              )   CASE NO:  2:14-CR-00393-LRH-VCF
                                    )
   vs.                              )
                                    )
BLADAMIR DIAZ-GARCIA,               )
                                    )
          Defendant.              )
                                    )

## ORDER APPROVING
## SUBSTITUTION OF ATTORNEY

I, BLADAMIR DIAZ-GARCIA, do hereby appoint and accept the appointment of ROBERT M. DRASKOVICH, as attorney of record in the place and stead of Assistant Federal Public Defender.

DATED this 9th day of January, 2015.

_____
BLADAMIR DIAZ-GARCIA

I, ROBERT M. DRASKOVICH, do hereby accept the substitution of attorney regarding BLADAMIR DIAZ-GARCIA.

DATED this 9th day of January, 2015.

_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant

I hereby consent to the foregoing substitution, and hereby release all pleadings and papers I have for BLADAMIR DIAZ-GARCIA.

DATED this _20th_ day of January, 2015.

Heide A. Ojeda, Esq.
Assistant Federal Public Defender
411 E. Bonneville Ave #250
Las Vegas, Nevada 89101

IT IS SO ORDERED:

DATED this _23rd_ day of January, 2015.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE